CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REQUEST FOR JUDICIAL ASSISTANCE FROM CHANGWON DISTRICT COURT IN JINJU CITY, REPUBLIC OF KOREA IN THE MATTER OF BU-MIN CHO v. MIN-SOO KIM | No. 3:26-mc-80334<br><br>**DECLARATION OF PAMELA T. JOHANN IN SUPPORT OF UNITED STATES' EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

I, Pamela T. Johann, declare:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. I am licensed to practice law in California and to appear before this Court. With the exception of Paragraph 4 of this declaration, which is made on the basis of personal knowledge, I make this declaration upon information and belief based upon the attached exhibits and communications with personnel in the U.S. Department of Justice, to which a Letter of Request has been transmitted for execution. This declaration is submitted in support of the United States' request, pursuant to 28 U.S.C. § 1782(a), for an Order appointing me Commissioner for the purpose of obtaining documents from Meta Platforms, Inc. ("Meta").

2. In connection with a pending judicial proceeding captioned *Bu-Min Cho v. Min-Soo Kim*, Foreign Reference No. 2026-F-2675, the Changwon District Court in Jinju City, Republic of Korea

("Korean Court") issued a Letter of Request, dated July 20, 2026, seeking information from Meta. The Letter of Request was received by the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance ("OIJA") in Washington, D.C. on August 20, 2026. On August 26, 2026, the request was transmitted to the U.S. Attorney's Office for the Northern District of California. A true and correct copy of the Letter of Request received from the Korean Court is attached as Exhibit 1.

3. The specific information requested by the Korean Court is reflected in a proposed subpoena addressed to Meta, which the United States intends to serve (in substantially similar format) upon my appointment as Commissioner. A copy of the proposed subpoena is attached as Exhibit 2.

4. On October 6, 2026, I sent a copy of the Letter of Request to Meta's outside counsel, and asked whether Meta would voluntarily produce the requested information. On November 3, 2026, Meta's outside counsel responded that Meta is not a party to the underlying litigation and would not voluntarily produce any information in response to the Request.

5. To assist the Korean Court in obtaining the requested information, I respectfully request that this Court enter the proposed Order submitted with this Application.

6. No previous application for the relief sought herein has been made.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 6th day of November at San Francisco, California.

*/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

# Exhibit 1

대 한 민 국 법 원

NATIONAL COURT ADMINISTRATION
REPUBLIC OF KOREA
219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-1734, Fax: 82-2-533-2824

July. 29, 2026
**Our Ref: 2026-F-2675**

**CENTRAL AUTHORITY FOR USA**
Office of International Judicial Assistance
U.S. Department of Justice
1100 L Street, NW, Room 8024
Washington, D.C. 20005
United States of America

To whom it may concern,

The National Court Administration of the Republic of Korea presents its compliments to the U.S. Department of Justice and has the honour to transmit a request seeking assistance for taking of evidence under the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.*

Please send all documentation concerning execution of the abovementioned request directly to the National Court Administration to the following address :

**National Court Administration**
**(Attn: Director of International Affairs)**
**219 Seocho-Daero, Seocho-Gu,**
**Seoul 06590**
**REPUBLIC OF KOREA**

Yours sincerely,

AUG 20 2026

CIV-189-34-26-17

[signature]

Jiyong Jang
Director General for International Affairs
National Court Administration

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
## 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

| | |
|---|---|
| 1. Sender<br>(발송처) | **National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL 06590<br>REPUBLIC OF KOREA** |
| 2. Central Authority of the Requested State<br>(수탁 국가의 중앙당국) | Office of International Judicial Assistance<br>U.S. Department of Justice<br>1100 L Street, NW, Room 8102<br>Washington, D.C. 20005<br>United States of America |
| 3. Person to whom the executed request is to be returned<br>(집행된 요청서의 수신처) | **National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL 06590<br>the REPUBLIC OF KOREA** |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
(촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

| | |
|---|---|
| Date<br>(날짜) | As soon as possible |
| Reason for urgency*<br>(긴급을 요하는 이유) | not applicable |

* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:**
**(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)**

| | |
|---|---|
| 5. a Requesting judicial authority (Article 3.a)<br>(촉탁 사법 당국)<br>(제3조 1) | **Changwon District Court,**<br>**Jinju Branch Court**<br>**303 Jinyangho-ro, Jinju City,**<br>**Gyeongsangnam-do**<br>**REPUBLIC OF KOREA** |
| b To the competent authority of (Article 3,a)<br>(집행할 관할 당국)(제3조 1)<br>(모르는 경우에는 기재하지 말 것.) | (the requested State)<br>United States of America |
| c Names of the case and any identifying number<br>(사건의 이름과 번호) | Names of the case : Compensation for Damages(other)<br>Number of the case : 2026-Ga-Dan-30448 |

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3,b)
(당사자 및 변호인들의 이름과 주소(수탁국가내의 변호인들 포함*))(제3조 2)

| | |
|---|---|
| a Plaintiff<br>(원고) | Cho Bu-Min |
| Representatives<br>(변호인) | Legal Representative of Plaintiff<br>Law Firm Saeum<br>Attorney in charge Ryu Hyeon-Jeong |
| b Defendant<br>(피고) | Kim Min-Soo |
| Representatives<br>(변호인) | Attorney is not Represented at present |
| c Other parties<br>(그 외) | not applicable |
| Representatives<br>(변호인) | not applicable |

* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

| | | |
|---|---|---|
| 7. a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,e)<br>(절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등)(제3조 3) | Tort liability of Defendant resulted from the wrongdoing with the spouse of Plaintiff. |
| b | Summary of complaint<br>(소장(청구)에 대한 요약) | Plaintiff alleges that Defendant has been wrongful relationship with the spouse of Plaintiff. |
| c | Summary of defence and counterclaim*<br>(답변과 반소의 요약) | not applicable |
| d | Other necessary information or documents*<br>(그 외 필요한 정보 및 문서*) | not applicable |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d)<br>(취득할 증거 또는 이행 할 그 밖의 사법적 처분)(제3조 4) | The whole linked information(phone number, email, address, etc.) of Defendant (Instagram ID @k_minsour). |
| b | Purpose of the evidence or judicial act sought<br>(증거 또는 사법적 처분을 요청하는 목적) | Defendant can be specified with the evidence(phone number, email, address, etc.). |
| 9. | Identity and address of any person to be examined (Article 3,e)*<br>(신문 받을 자의 신원과 주소)*<br>(제3조 5)* | not applicable |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)*<br>(신문받을 자에게 할 질문 또는 신문이 이루어질 소송물(주된내용)에 관한 설명)(제3조 6)* | (see attached list)<br><br>not applicable |

* Omit if not applicable.
(필요 없을 경우에는 삭제할 것)

| | | |
|---|---|---|
| 11. | Documents or other property to be inspected (Article 3,g)*<br>(증거조사가 이루어질 서류나 물건 (부동산, 동산 등))(제3조 7)* | not applicable |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3,h)*<br>(증거가 선서 또는 서약에 의하여 제출되어야 하는 요건 및 사용될 특별한 형식)(제3조 8)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law for the formal taking of evidence)<br>(신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.)<br><br>not applicable |
| 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i)and 9)*<br>(따라야 하는 특별한 방식 또는 절차)<br>(예: 말로 또는 글로, 말한 그대로 글로, 글로 옮긴 기록 또는 요약, 반대신문, 기타 등등)(제3조 9, 제9조)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law)<br>(신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.)<br><br>not applicable |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)*<br>(촉탁서의 집행 시간과 장소를 관계 당사자 또는 대리인에게 알려 달라는 요청, 그리고 알려줘야 할 이의 신원과 주소)(제7조)* | not applicable |
| 15. | Request for attendance or participation of judicial personnel of the requestion authority at the execution of the Letter of Request (Article 8)*<br>(촉탁서의 집행시에 촉탁 당국 법관의 출석 또는 참여 요청) (제8조)* | not applicable |

* Omit if not applicable.
(필요없을 경우에는 삭제할 것)

| | | |
|---|---|---|
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11,b)*<br>(촉탁국의 법에 의하여 증거제출을 거부할 특권이나 의무)<br>(제11조 2)* | (attach copies of relevant laws or regulations)<br>(관련된 법 또는 규정의 사본을 첨부 할 것.)<br><br>not applicable |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by*<br>(14조항과 26조항에 의한 요금과 비용의 상환 주체) | (identity and address)<br><br>not applicable |
| | **DATE OF REQUEST** | July 20, 2026. |

**THE REQUE STING AUTHORITY** Changwon District Court, Jinju Branch Court
Judge in charge Jeong jae-Woo

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY** 정 재 우

* Omit if not applicable.
(필요없을 경우에는 삭제할 것.)

**Jinju Branch of Changwon District Court**

**Decision**

Case No.: 2026GaDan30448

Case Name: Compensation for Damages(other)

Plaintiff: Cho Bu-Min

Attorneys in charge: Ryu Hyeon-Jeong, Lee Se-Yun, Yu Ji-Yu, Kim Mi-Jin, Song Do-Yeong, Kang Gyu-Bin, Oh Seung-Yun

Defendant: Kim Min-Soo

Party involved: Meta Platforms, Inc

**Order:**

Defendant shall submit the designated document to the Court within 7 days from the date the certified copy of this decision is received.

**Reason:**

The above decision has been made in accordance of Clause 1 of Article 347 of the Civil Procedure Code.

May 28, 2026

Judge Jeong Jae-Woo

---

The third party who fails to comply with document submission order of the Court is subject to fine not more than 5 million won.(Article 351, 378, 311 of the Legal Procedure Law) If the party does not comply with document submission order, the other party's claim about the written document may be acknowledged as true.(Article 349 and 350 of the same law)

## Application of Document Submission Order

Case No.: 2026GaDan30448

Case Name: Compensation for Damages(other)

Plaintiff: Cho Bu-Min

Defendant: Kim Min-Soo

Regarding this case, the litigation representatives of the Plaintiff request the submission order for the following documents in order to prove the facts to claim.

## Document Display

The whole linked information (phone number, email, address, etc.) of Defendant (Instagram ID @k__minsour).

## Purpose of Document

The whole linked information (phone number, email, address, etc.) of Defendant (Instagram ID @k__minsour).

## Party possessing document

Meta Platforms, Inc.
Attn: Legal Department
1 Meta Way
Menlo Park, CA 94025, USA

## Facts to be proved

The spouse of the Plaintiff revealed their romantic relationship with the Defendant by openly tagging the Defendant on social media(Instagram). The Plaintiff never knows the personal information of the Defendant, being only aware of the Instagram ID and the name the Defendant established (Kim Min-Soo). Thus, we requested this document submission order in order to obtain the

personal information of the Defendant, and are earnestly pleading the acceptance of this request, so that the Defendant can be specified.

---

**Cause of document submission obligation**

☐ The documents cited by the party in the law suit(cited documents) ☐ The applicant holds judicial right to request to hand over or view documents to the document holders(delivery, review document) ☐ Documents have been written for the benefits of the applicant(Documents for interest) ☐ Documents have been written by the legal relation between the applicant and document holder(legal document) ☑ Other documents needed for submission(Reason: securing evidence (Ground: Clause 2 of Article 344 of the Civil Procedure Code))

**Attached Documents**

1. Screenshot of Defendant Kim Min-Soo's Instagram page

May 27, 2026

Legal Representative of Plaintiff

Law Firm Saeum

Attorney in charge Ryu Hyeon-Jeong


Kim Min-Soo
0
166
187
Postings
followers
Following
@zosjxjdjs
Requested
Recommendation for you(member)
See all
권씨의 다사다난 군…
army_20240619
박하겸
Postings
followers
Following

# 창원지방법원 진주지원
# 결 정

사 건 2026가단30448 손해배상(기)

원 고 조부민

원고 소송대리인 법무법인 새움 담당변호사 류현정,이재윤,윤지유,김미진,송도영,정혜지,이지예,강규빈,오승은

피 고 김민수

문서소지인 Meta Platforms, Inc.

## 주 문

문서소지인은 이 결정을 받은 날로부터 7일 이내에 다음 문서를 이 법원에 제출하라.

문서의 표시: 별지와 같음

## 이 유

이 사건 문서제출명령 신청은 이유 있으므로 민사소송법 제347조 제1항에 따라 주문과 같이 결정한다.

2026. 5. 28.

판사 정 재 우 전자서명완료

※ 법원의 문서제출명령에 따르지 아니한 제3자는 500만원 이하의 과태료에 처해질 수 있으며 (민사소송법 제351조, 제318조, 제311조), 당사자가 문서제출명령에 따르지 아니한 때에는 법원은 문서의 기재에 대한 상대방의 주장을 진실한 것으로 인정할 수 있습니다(동법 제349조, 제350조).

# 문서제출명령신청서

| | | |
|---|---|---|
| 사 | 건 | 2026가단30448 손해배상(기) |
| 원 | 고 | 조부민 |
| 피 | 고 | 김민수 |

위 사건에 관하여 원고의 소송대리인은 주장사실을 증명하기 위하여 아래와 같이 문서의 제출명령을 신청합니다.

## 문서의 표시

피고(인스타그램 아이디 @k__minsour)의 연동 정보(전화번호, 이메일, 주소지 등)에 관한 자료 일체

## 문서의 취지

피고(인스타그램 아이디 @k__minsour)의 연동 정보(전화번호, 이메일, 주소지 등)에 관한 자료 일체

## 문서를 가진 사람

Meta Platforms, Inc.
Attn: Legal Department
1 Meta Way
Menlo Park, CA 94025, USA

## 증명할 사실

원고의 배우자는 SNS(인스타그램)에서 피고를 태그하여 공공연하게 연인 관계임을 드러냈습니다. 원고는 피고의 인적사항을 전혀 아는 바가 없으며, 인스타그램 아이디와 피고가 직접 설정한 이름(김민수)만을 알고 있는바, 피고의 인적사항을 확보하기 위하여 본 문서제출명령 신청에 이르렀습니다. 피고를 특정할 수 있도록 본 신청을 받아주실 것을 간곡히 요청드립니다.

# 문서제출의무의 원인

☐ 당사자가 소송에서 인용한 문서(인용문서)

☐ 신청자가 문서를 가지고 있는 사람에게 그것을 넘겨달라고 하거나 보겠다고 요구할 수 있는 사법상의 권리를 가지고 있음(인도,열람문서)

☐ 문서가 신청자의 이익을 위하여 작성되었음(이익문서)

☐ 문서가 신청자와 문서를 가지고 있는 사람사이의 법률관계에 관하여 작성된것임 (법률관계문서)

☑ 그밖에 제출이 필요한 문서( 사유 : 사유: 증거확보 (근거 : 민사소송법 제344조 제2항) )

# 첨부서류

1. 피고 김민수 인스타그램 캡쳐본

2026. 5. 27.

원고 소송대리인
법무법인 새움
담당변호사 류현정

창원지법 진주지원 2026가단30448 손해배상(기) 20260327 제출 원본과 상위 없음

18:11 LTE 65

k__minsour ...



김민수

0 게시물 166 팔로워 187 팔로잉

@zosjxjdjs

요청됨

회원님을 위한 추천 모두 보기



권씨의 다사다난 군…
army_20240819
팔로우



박하겸
_mxykah
팔로우

hyeo
팔로우

[별지 제41호서식]

Registered No. 2026 - 19240

# NOTARIAL CERTIFICATE

HANSUBOK
NOTARY PUBLIC OFFICE
38, Jong-ro 3-gil, Jongno-gu, Seoul, Korea
TEL : +82 2 756 3300
FAX : +82 2 756 4300

[별지 제45호서식]

위 번역문은 원문과 상위 없음을 서약합니다.

2026 년 06 월 16 일

서약인 김영종 (인)

I swear that the attached translation is true to the original.

16 . Jun , 2026

Signature K.Y.J

등부 2026 년 제 19240 호

Registered No 2026 - 19240

## 인 증

## Notarial Certificate

위 김 영 종 은 본 공증인의 면전에서 위 번역문이 원문과 상위 없음을 확인하고 서명 날인하였다.

KIM YOUNG JONG personally appeared before me, confirmed that the attached translation is true to the original and subscribed his(her) name.

2026 년 06 월 16 일

이 사무소에서 위 인증한다.

This is hereby attested on this 16th day of Jun 2026 at this office.

### 공증인 한수복 사무소

### HANSUBOK NOTARY PUBLIC OFFICE

소 속 서울중앙지방검찰청

소재지표시

서울 종로구 종로3길 38

4층 403호(청진동,진학회관)

Belong to Seoul Central District Prosecutor's Office

38, Jong-ro 3-gil, Jongno-gu, Seoul, Korea

4F 403(Cheongjin-dong, Jinhak-hoegwan)

한수복 (공증인한수복)

Han Su Bok

Signature of the Notary Public

공증인 한 수 복

HAN, SUBOK

본 사무소는 인가번호 제211호에 의거하여 2019년 07월 29일 법무부 장관으로부터 공증인 업무를 행할 것을 인가 받았다.

This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public Since 29, Jul. 2019 Under Law No.211.

# Exhibit 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REQUEST FOR JUDICIAL ASSISTANCE FROM THE CHANGWON DISTRICT COURT IN JINJU CITY, REPUBLIC OF KOREA IN THE MATTER OF BU-MIN CHO V. MIN-SOO KIM | ) No. 26-mc- ) ) ) ) ) ) |

**COMMISSIONER'S SUBPOENA**

TO: Meta Platforms Inc.
1 Meta Way
Menlo Park, CA 94025

Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

tcarter@perkinscoie.com
jschwartz@perkinscoie.com
ecpa@perkinscoie.com

I, Pamela T. Johann, an Assistant United States Attorney, Northern District of California, U.S. Department of Justice, acting under the authority of Title 28, United States Code, Section 1782, for the purpose of rendering judicial assistance to Republic of Korea, command that you provide to me evidence for use in a pending legal proceeding in the

Changwon District Court in Jinju City, Republic of Korea, captioned *Bu-Min Cho v. Min-Soo Kim*, Foreign Reference No. 2026-F-2675, said evidence being:

- The whole linked information (phone number, email, address, etc.) of the defendant (Instagram ID @k_ minsour).

If you cannot produce a requested document (including, *inter alia*, because the document has been lost or destroyed), please provide the facts you rely upon in support of your contention that you cannot do so. To the extent a document is not produced because of an assertion of privilege, please state the specific privilege relied upon. If you object to producing only part of a requested document, please produce that portion of the document you do not object to producing and indicate what portion you have withheld based on an assertion of privilege

Please produce the evidence, along with a notarized verification signed under penalty of perjury, by email to the undersigned at pamela.johann@usdoj.gov and kathy.terry@usdoj.gov, and by mail to the address set forth below no later than 30 calendar days from receipt of this subpoena.

Pamela T. Johann
Assistant U.S. Attorney
U.S. Attorney's Office for the Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California, 94102

Please note that if you anticipate any charges for complying with this request, please contact me prior to mailing so that we can confirm the charges and the availability of funds.

For failure to provide said evidence, you may be deemed guilty of contempt and liable to penalties under the law. The recipient of this subpoena may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with the Court.

Dated this ___ day of _____________, 2026.

CRAIG H. MISSAKIAN

United States Attorney

______________*/s/*______________

PAMELA T. JOHANN
Commissioner

Assistant United States Attorney
Office of the U.S. Attorney for the
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California, 94102